**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Reggie Lamar KELLEY, a/k/a Lil
Red, Defendant–Appellant.**

No. 13–7632.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 25, 2014.

Decided: March 27, 2014.

Reggie Lamar Kelley, Appellant Pro Se. Jimmie Ewing, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reggie Lamar Kelley seeks to appeal the district court's order dismissing his 28 U.S.C. § 2255 (2012) motion as successive and unauthorized, and he has filed a motion for a certificate of appealability. The district court's order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *see Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). When the district

---

court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. *Slack,* 529 U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the record and conclude that Kelley has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*